IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PRESTON PAMPHILE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-1785

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 19, 2016.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Preston Pamphile, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.